IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:24-CR-206 |
| | § | Judge Mazzant |
| DOUGLAS HERRON, JR. (2) | § | |
| a.k.a. "Junior" | § | |

# SECOND BILL OF PARTICULARS

The government files this Second Bill of Particulars in the above referenced action. In the Notice of Intention to Seek Criminal Forfeiture within the Third Superseding Indictment in this action the government described property as being subject to forfeiture pursuant to 21 U.S.C. § 853.

The government also gives notice of its intention to seek forfeiture pursuant to 21 U.S.C. § 853 of the following property:

> All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located in Kaufman County, Texas at **7709 FM 2728, Terrell, Texas 75151**, more fully described as PHILLIP WALKER, TRACE 270.00; 5.0 ACRES. Abstract/Subdivision number A0569; and

> Taurus PT24/7 PRO, .40 caliber pistol, serial number SBN599993 with magazine and ammunition.

Respectfully submitted,

ABE MCGLOTHIN, JR.
ACTING UNITED STATES ATTORNEY

\_\_\_/s/_____
HEATHER RATTAN
Assistant United States Attorney
Texas Bar No. 16581050
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Heather.Rattan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing on May 12, 2025.

\_\_\_/s/_____
HEATHER RATTAN