# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Case Number  4:24CR206 |
| | § | |
| DANIEL PEREZ CASTANO (1) | § | |
| DOUGLAS HERRON, JR. (2) | § | |
| ZACHARY BAKER (3) | § | |
| WILLIAM BELL (4) | § | |
| CHRISTOPHER CAMPOS (5) | § | |
| COREY COLE (6) | § | |
| MICHAEL DAVENPORT (7) | § | |
| RANDY DAVENPORT (8) | § | |
| MICHELLE DODD (10) | § | |
| ROSALIND HORTON (13) | § | |
| KENNETH LUKE (14) | § | |
| KIMBERLYNN REDDICK (15) | § | |
| REBECCA SAMPLES (17) | § | |
| MICHAEL WILLIAMS (19) | § | |
| JAMES DARREL VANDEVENDER (29) | § | |
| TREVOR WAYNE TAYLOR (30) | § | |
| HEATHER LADONNA HAYNER (31) | § | |
| DONAVON LASHAWN HAMPTON (33) | § | |
| BRANDON KEITH PEARSON (36) | § | |
| MARY ELIZABETH DEAN (37) | § | |
| BRADLEY EARL COX (41) | § | |
| SEBASTIAN ZANE TATUM (43) | § | |
| ANTONIO DE JESUS GUROLA TORRES (44) | § | |
| JOSE IVAN DURAN-GONZALEZ (45) | § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

The  Motion for Continuance filed by Defendant (Dkt.#426) is **GRANTED**. The Court, having considered the factors set forth in 18 U.S.C. § 3161, finds as follows:

1. Defendant's request is made knowingly, intelligently, and voluntarily.

2. The Government has no objection to a continuance.

3. Having considered the factors listed in 18 U.S.C. § 3161(h)(7)(B), the Court finds that the ends of justice served by granting the Defendant's request outweigh the best interest of the

public and the Defendant in a speedy trial.

    4.  The continuance is required to assure the necessary time for counsel to prepare effectively for trial, taking into account the exercise of due diligence.

    5.  The period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

Based on this order, the trial and pretrial motion deadlines of all co-defendants are continued as well. See 18 U.S.C. § 3161(h)(6) (excluding "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted").

Defendant's motion is **GRANTED**.

IT IS ORDERED that the new dates and deadlines are as follows:

This case is RESET for **Pretrial Conference** on <u>**October 3, 2025**</u> at 10:00 a.m. in Courtroom #208, Paul Brown United States Courthouse, 101 East Pecan Street, Sherman, Texas at which time dates for **Jury Selection** and **Trial** will be determined.

The following deadlines shall apply in this case:

| | |
|---|---|
| <u>August 29, 2025</u> | Deadline for pretrial motions. Responses to motions are due in accordance with the Local Rules. |
| <u>September 12, 2025</u> | Notification of plea agreement or motion to continue shall be filed with the court by this date. After this deadline, Defendant may not receive a points reduction for acceptance of responsibility. |

Should the Parties desire a jury trial, a motion for special setting should be filed.

SIGNED this 14th day of May, 2025.

*Amos Mazzant* (signature)
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

2